Glenn R. Kantor - State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Timothy J. Rozelle – State Bar No. 298332
 E-mail: trozelle@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Avenue, Suite 1400
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
GLENDA SKIBITZKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA SKIBITZKE,<br><br>            Plaintiff,<br><br>    vs.<br><br>ALLIANZ LIFE INSURANCE<br>COMPANY OF NORTH AMERICA,<br><br>            Defendant. | CASE NO.: 3:25-cv-6216<br><br>**COMPLAINT FOR DAMAGES**<br><br>**(1) BREACH OF CONTRACT**<br><br>**(2) BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>**(3) FINANCIAL ELDER ABUSE**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Glenda Skibitzke herein sets forth the allegations of her Complaint against Defendant Allianz Life Insurance Company of North America, referred to herein as ("Defendant" or "Allianz").

## PRELIMINARY ALLEGATIONS

1.    Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. § 1332. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

2.    Venue is proper in this Court based upon 28 U.S.C. § 1391(a).

1

COMPLAINT

3.    Plaintiff is informed and believes that Defendant Allianz Life Insurance Company ("Alllianz") is a corporation incorporated in Minnesota with its principal place of business in Minnesota. Defendant is authorized to transact and is transacting business in the Northern District of California and can be found in the Northern District of California.

4.    Plaintiff Glenda Skibitzke at the time of the purchase of the Long Term Care Policy which is the subject of this action was a resident of Menlo Park, County of San Francisco, State of California.  Plaintiff is currently a resident of Nevada Country, State of California.

## **GENERAL ALLEGATIONS**

5.    This matter involves Defendant's failure to pay all benefits owed under a long-term care insurance policy issued to Plaintiff Glenda Skibitzke ("Ms. Skibitzke") for the past, and future care she has received for long term care services, to which she is entitled pursuant to the terms of the long term care policy issued to her by defendant Allianz.

6.    Effective November 23, 2000, Ms. Skibitzke purchased from Allianz a Comprehensive Long-Term Care Insurance Policy No. 50174983 (the "Policy").

7.    The Policy has been in effect from November 23, 2000 though the present.

8.    Ms. Skibitzke is the named insured under the Policy at issue, a true and correct copy of which is attached as Exhibit "1."

9.    Each month from 2000 through 2010, Ms. Skibitzke timely made the premium payments until they were no longer required to do so after 10 years.

10.    The Policy was renewed every year from 1999 through the present.

11.    The Policy was in force in 2024 when Ms. Skibitzke began requiring home health care services to assist her performing her activities of daily living.   She met all requirements of the policy, including incurring cost for covered care during the

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

1  policy elimination period, providing proof of the care and the cost of the care to

2  defendant, and providing a plan of care prepared by her treating physician to defendant.

3  Despite having satisfied all policy terms, and demonstrating the same to defendant, the

4  plaintiff's benefit claim(s) have been repeatedly denied. A true and correct copy of a

5  recent denial is attached as Exhibit "2."

6       12.    When administering claims made under the Policy, Allianz knew it was

7  required to ensure all benefit determinations were reasonable and based on the terms

8  of the Policy and the facts and circumstances of each claim.

9       13.    When administering claims made under the Policy, Allianz knew it owed

10  Ms. Skibitzke the duties of good faith and fair dealing.

11       14.    When administering claims made under the Policy, Allianz knew it owed

12  Ms. Skibitzke a duty to pay all benefits owed under the Policy timely.

13       15.    Under the Policy, Allianz promised that after Ms. Skibitzke satisfied the

14  90-day elimination period, it would pay for charges for treatment and care, provided

15  under the Home Health Care provisions of the Policy.

16       16.    Allianz received timely notice of Ms. Skibitzke's need for home health

17  care, proof that appropriate and necessary care was provided and the costs of such  care

18  paid for by Ms. Skibitzke, and that the care provided was under a valid plan of care

19  prepared by her treating physician.

20       17.    Allianz has acknowledged receiving Ms. Skibitzke's Long-Term Care

21  claim.  It has not advised her of any information it requires to approve her claim, yet

22  it has failed, and continues to fail to pay benefits as required under the terms of her

23  policy.

24       18.    To date, Allianz has failed to timely pay all benefits owed under the

25  Policy, and it has failed to adequately or rationally explain why it is refusing to pay

26  benefits for care and services it is rejecting.

27

28

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

COMPLAINT

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

19.     In failing to pay all benefits owed under the Policy, Allianz knowingly violated the terms of the Policy, or it was acting with disregard for whether it was doing so.

20.     In failing to pay all benefits owed under the Policy, Allianz harmed Plaintiff.

21.     In failing to adequately explain its bases for rejecting certain claims, Allianz knowingly violated the terms of the Policy, or it was acting with disregard for whether it was doing so.

22.     In failing to adequately explain its bases for rejecting certain claims, Allianz harmed Plaintiff.

23.     Plaintiff has satisfied all conditions precedent to receiving benefits under the Policy.

## FIRST CLAIM FOR RELIEF AGAINST
## DEFENDANT FOR BREACH OF CONTRACT

24.     Plaintiff refers to and incorporates herein all preceding paragraphs as though set forth in full in this cause of action.

25.     In November 2000, Defendant issued to the Plaintiff a Long-Term Care Insurance Policy No. 50174983

26.     From 2000 through the present, Plaintiff has paid all premiums due under the Policy.

27.     In 2024, Plaintiff became eligible to receive benefits under the terms of her Policy and initiated and submitted all necessary documentation to Defendant such that her claims should have been approved and paid in full.

28.     Plaintiff is entitled to benefits under the Policy retroactive to 2024, through the present, consistent with the Policy terms.

29.    However, Allianz improperly has refused to pay all actual costs incurred for the care and treatment services Plaintiff has received after the satisfaction of the policy elimination period.

30.    Allianz has failed to pay policy benefits as required by the policy, while ignoring the fact that Plaintiff has satisfied all Policy provisions for coverage and the entitlement to benefits.

31.    All premiums due to maintain Plaintiff's coverage in full force and effect under the Policy have been paid by Plaintiff. At all relevant times, Plaintiff has performed all obligations under the Policy on her part to be performed. As a direct and proximate result of Defendant's improper conduct, Plaintiff has been deprived of the right to obtain full benefits under the terms of the Policy. The denial of benefits constitutes a breach of the insurance contract between Allianz and the Plaintiff.

32.    Through the acts and omissions described herein, as well as those yet to be uncovered through discovery, Defendant breached the Policy.

## SECOND CLAIM FOR RELIEF
## AGAINST DEFENDANT FOR BREACH OF THE IMPLIED
## COVENANT OF GOOD FAITH AND FAIR DEALING

33.    Plaintiff refers to and incorporates herein all preceding paragraphs as though set forth in full in this cause of action.

34.    Defendant breached its respective duty of good faith and fair dealing owed to Plaintiff in the following respects:

(a)    Unreasonably withholding benefits from Plaintiff in bad faith at a time when Defendant knew Plaintiff was entitled to said coverage under the Policy;

(b)    Unreasonably and in bad faith failing to provide a prompt and reasonable explanation of the basis relied on under the terms of the Policy, in

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

relation to the applicable facts and Policy provisions, for the failure to pay valid claims under the terms of Plaintiff's coverage;

(c)     Intentionally and unreasonably applying pertinent Policy provisions to limit Defendant's financial exposure and contractual obligations and to maximize profits; and

(e)     Unreasonably compelling Plaintiff to institute litigation to recover her coverage due under the Policy to further discourage Plaintiff from pursuing her full Policy benefits.

35.     Plaintiff is informed and believes and thereon alleges that Defendant has breached its duties of good faith and fair dealing owed to Plaintiff by other acts or omissions of which Plaintiff is presently unaware. Plaintiff will amend this Complaint at such time as Plaintiff discovers these other acts or omissions.

36.     As a proximate result of the wrongful conduct of Defendant, Plaintiff has suffered, and will continue to suffer in the future, damages under the Policy, plus interest, for a total amount to be shown at the time of trial.

37.     As a further proximate result of the wrongful conduct of Defendant, Plaintiff has suffered mental and emotional distress, and other incidental damages and out-of-pocket expenses, all to Plaintiff's general damage in a sum to be determined at the time of trial.

38.     As a further proximate result of the wrongful conduct of Defendant, Plaintiff was compelled to retain legal counsel to obtain the benefits due under the Policy. Therefore, Defendant is liable to Plaintiff for those attorneys' fees reasonably necessary and incurred by Plaintiff to obtain Policy benefits in a sum to be determined at the time of trial.

39.     Defendant's conduct described herein was intended by Defendant to cause injury to Plaintiff, was despicable conduct carried on by Defendant with a willful and conscious disregard of the rights of Plaintiff, subjected Plaintiff to cruel and unjust hardship in conscious disregard of her rights, and was an intentional misrepresentation,

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

6

COMPLAINT

deceit, or concealment of a material fact known to Defendant with the intention to deprive Plaintiff of property and/or legal rights or to otherwise cause injury, such as to constitute malice, oppression, or fraud under California Civil Code § 3294, thereby entitling Plaintiff to punitive damages in an amount appropriate to punish or set an example of Defendant.

40.    Defendant's conduct in wrongfully denying Long-Term Care benefits to Plaintiff was an unfair act and practice which caused Plaintiff to suffer a loss of income, and assets essential to her health and welfare. Defendant's conduct in wrongfully denying long term care benefits to Plaintiff was an unfair act and practice which caused Plaintiff to suffer a loss of income, a substantial loss of property set aside for personal care and maintenance, and assets essential to her health and welfare. Plaintiff is a disabled person within the meaning of California Civil Code § 3345, and because of Defendant's wrongful actions herein, Plaintiff is entitled to a trebling of any damages imposed by the trier of fact pursuant to California Civil Code § 3294.

## THIRD CLAIM FOR RELIEF
## AGAINST DEFENDANT FOR ELDER ABUSE

41.    Plaintiff refers to and incorporates herein all preceding paragraphs as though set forth in full in this cause of action.

42.    California Welfare and Institutions Code section 15600, The Elder Abuse and Dependent Adult Civil Protection Act, outlines the need for legislation to protect the elderly in their physical and financial needs as well as the damages for the violation of those obligations.

43.    Defendant's conduct constituted Financial Abuse as defined by the Act. "Financial Abuse" of an elder or dependent adult occurs when a person or entity does any of the following: (a) takes, secretes, appropriates, obtains or retains real or personal property of an elder or dependent adult for a wrongful use with intent to defraud, or both; (b) assists in taking, secreting, appropriating, obtaining, or retaining real or

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

1  personal property of an elder or dependent adult for a wrongful use or with intent to

2  defraud, or both.

3       44.    Given the nature of the insurance Policy and the insurance coverage at

4  issue herein, Defendant knew, or should have known that the failure to pay benefits

5  owed to Plaintiff was a harmful breach of duty, and Defendant should have been aware

6  of the harm caused to Plaintiff by all of its actions and most importantly by its failure

7  and refusal to pay her long term care benefits when due under the terms of her

8  coverage.

9       45.    As a direct and proximate result of Defendant's conduct and breach of

10 its obligations, Plaintiff has suffered damages under the Policy in an amount to be

11 determined according to proof at the time of trial.

12

13                        **<u>REQUEST FOR RELIEF</u>**

14       **WHEREFORE**, Plaintiff asks that judgment be entered in her favor and

15 against Allianz as follows:

16       1.    Damages for failure to provide full benefits under the Policy for past,

17 present, and future benefits, in an amount to be determined at the time of trial in

18 excess of $2,500,000.00 plus interest, including prejudgment interest;

19       2.    General damages for mental and emotional distress and other incidental

20 damages in the sum of $5,000,000.00;

21       3.    Punitive and exemplary damages in an amount in excess of

22 $25,000,000.00;

23       4.    A trebling of any punitive damages award pursuant to California Civil

24 Code §3345;

25       5.    Attorneys' fees reasonably incurred to obtain Policy benefits in a sum

26 to be determined at the time of trial;

27       6.    Costs of suit incurred herein; and,

28       7.    Such other and further relief as the Court deems just and proper.

8

COMPLAINT

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

DATED: July 24, 2025                    KANTOR & KANTOR, LLP


                                        By:    */s/ Glenn R. Kantor*
                                               Glenn R. Kantor
                                               Attorneys for Plaintiff
                                               Glenda Skibitzke


## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.


DATED: July 24, 2025                    KANTOR & KANTOR, LLP


                                        By:    */s/ Glenn R. Kantor*
                                               Glenn R. Kantor
                                               Attorneys for Plaintiff
                                               Glenda Skibitzke

COMPLAINT

# EXHIBIT 1

**Allianz Life Insurance Company of North America**
Home Office: Minneapolis, MN
LTCAmerica - Long Term Care Administrative Office
Post Office Box 1292
Minneapolis, MN 55440-1292
(800) 814-8841



Subject to the terms and conditions described in this Policy, Allianz Life Insurance Company of North America agrees to pay to you the benefits described in this Policy. We make this agreement and issue this Policy in consideration of: (a) the statements made in your signed application; and (b) payment of the initial premium. This Policy takes effect on the Policy Effective Date and is for:

# Long Term Care Insurance

> **THIS POLICY IS AN APPROVED LONG TERM CARE INSURANCE POLICY UNDER STATE INSURANCE REGULATIONS. HOWEVER, THE BENEFITS PAYABLE BY THIS POLICY WILL NOT QUALIFY FOR MEDI-CAL ASSET PROTECTION UNDER THE CALIFORNIA PARTNERSHIP FOR LONG TERM CARE. FOR INFORMATION ABOUT POLICIES AND CERTIFICATES QUALIFYING UNDER THE CALIFORNIA PARTNERSHIP FOR LONG TERM CARE, CALL THE HEALTH INSURANCE COUNSELING AND ADVOCACY PROGRAM AT THE TOLL-FREE NUMBER, 1-800-434-0222.**

> **This contract for long term care insurance is intended to be a federally qualified long term care insurance contract and may qualify you for federal and state tax benefits.**

**NOTICE TO BUYER:** This Policy may not cover all of the costs associated with long term care incurred by the buyer during the period of coverage. The buyer is advised to review carefully all Policy limitations.

**CAUTION:** The issuance of this Long Term Care Insurance Policy is based upon your responses to the questions on your application. A copy of your application is enclosed. If responses are misstated or untrue, we may have the right to deny benefits or rescind your Policy. The best time to clear up any questions is now, before a claim arises! If, for any reason, any of your answers are incorrect, contact the Company at this address: Allianz Life Insurance Company of North America, P.O. Box 4243, Woodland Hills, CA 91365-4243.

**THIS POLICY IS NOT A MEDICARE SUPPLEMENT POLICY:** If you are eligible for Medicare, review the *Guide to Health Insurance for People with Medicare* available from us.

**RENEWABILITY:** This Policy is guaranteed renewable for life. To renew, pay the premium due by the Premium Due Date or within the Grace Period. We cannot cancel or refuse to renew this Policy. Premiums are subject to change. We can only change the premium for this Policy if we change premiums for everyone in your state with the same Policy form. We must give you at least 31 days written notice at your last address shown in our records before we change your premium.

**YOUR 30 DAY RIGHT TO EXAMINE YOUR POLICY:** If you are not satisfied with this Policy, you may return it to our agent or us within 30 days from the date you receive it. We will then refund any premium you have paid within 30 days of our receipt of the Policy and the Policy, all riders and attachments will be considered void from the start.

**Read this Policy carefully. It is a legal contract between you and us.**

Executed for the Company at its Home Office in Minneapolis, Minnesota.

Michael T. Westermeyer
Vice President and Secretary

Margery G. Hughes
President

N-3000-P-CA(Q)                                                                                          Page 1

GUIDE TO YOUR POLICY

RENEWABILITY . . . . . . . . . . . . . 1

BENEFIT SCHEDULE . . . . . . . . . . 3

DEFINITIONS . . . . . . . . . . . . . . . 4

BENEFIT PROVISIONS. . . . . . . . . . 4

   Nursing Facility, Residential Care
   Facility and Residential Care Facility
   for the Elderly Confinement Benefits . . . . 4

   Bed Reservation Benefit. . . . . . . . . . 7

   Home Care Benefit . . . . . . . . . . . 7

   Respite Care Benefit. . . . . . . . . . . 9

   Payment of Benefits . . . . . . . . . . . 10

   Elimination Period . . . . . . . . . . . . 10

   Benefit Payment Period . . . . . . . . . 10

   Lowering Premiums by
   Reducing Benefits . . . . . . . . . . . 10

   Increasing Your Benefits. . . . . . . . . 11

   Availability of New Benefits
   or Eligibility Criteria . . . . . . . . . . . 11

   Total Maximum Amount Payable . . . . . 11

   Restoration of Benefits. . . . . . . . . . 11

   Personal Care Advisor . . . . . . . . . . 11

LIMITATIONS OR CONDITIONS ON
ELIGIBILITY FOR BENEFITS . . . . . . . 12

   Limitations and Exclusions . . . . . . . 12

CLAIM PROCEDURES . . . . . . . . . . 12

   Notice of Claim . . . . . . . . . . . . . 12

   Claim Forms . . . . . . . . . . . . . . 12

Proof of Loss . . . . . . . . . . . . . . 12

Time of Payment of Claims . . . . . . . 13

Payment of Claims . . . . . . . . . . . . 13

Extension of Facility
Confinement Benefits . . . . . . . . . . 13

Coordination of Benefits with Medicare . . 13

Beneficiary . . . . . . . . . . . . . . . 13

Examinations . . . . . . . . . . . . . . 13

Appealing a Claim . . . . . . . . . . . . 14

Right of Recovery . . . . . . . . . . . . 14

Legal Action . . . . . . . . . . . . . . . 14

POLICY ADMINISTRATION . . . . . . . 14

   Entire Contract; Changes . . . . . . . . 14

   Incontestability. . . . . . . . . . . . . . 14

   Misstatement of Age . . . . . . . . . . . 14

   Premium Due Dates . . . . . . . . . . . 14

   Waiver of Premium . . . . . . . . . . . 15

   Payment Responsibility . . . . . . . . . 15

   Unpaid Premium . . . . . . . . . . . . 15

   Grace Period . . . . . . . . . . . . . . 15

   Policy Termination. . . . . . . . . . . . 15

   Reinstatement – Lapse Due to Cognitive
   Impairment or Functional Incapacity . . . 15

   Reinstatement – Lapse Due to
   Nonpayment of Premium . . . . . . . . 15

   Joint Coverage Provision . . . . . . . . 16

   Policy Ownership . . . . . . . . . . . . 17

   Assignment. . . . . . . . . . . . . . . 17

   Refund of Unearned Premium . . . . . . 17

   Conformity with State Statutes . . . . . 17

# Benefit Schedule

INSURED INFORMATION

Policy Number:  50174983

Insured:  GLENDA L SKIBITZKE                                          Insuring Age: 53

| POLICY INFORMATION | PREMIUM |
|---|---|
| Long Term Care Policy, N-3000-P-CA(Q) | $0.00 |
| Compound Inflation Protection Rider, N-3000-R3-CA | $0.00 |
| Ten Year Premium Payment Endorsement, N-E-219 | $0.00 |
| Total Annual Premium: | $0.00 |
| Premium Paying Period: | 10 Years |
| Policy Effective Date: | 11/23/2000 |

Dated 06/06/2019 this Benefit Schedule replaces any previously issued Benefit Schedules, if any.

BENEFIT INFORMATION

All Benefits, the Elimination Period, the Benefit Amounts and the Total Maximum Amount Payable shown below apply individually to each insured named above.

| | |
|---|---|
| Elimination Period: | 90 Days |
| Nursing Facility Confinement Daily Benefit: | Up to $360.99 |
| Residential Care Facility or Residential Care Facility for the Elderly Confinement Daily Benefit | Up to $360.99 |
| Home Care Daily Benefit:<br>(providing services for Home Health Care, Adult Day Care, Personal Care, Homemaker Services, Hospice and Respite Care) | Up to $360.99 |
| Total Maximum Amount Payable:<br>(For Nursing Facility, Residential Care Facility or Residential Care Facility For the Elderly Confinement and Home Care Benefits: | Unlimited |

If you have questions about your Policy or if you have a claim, you may contact your Personal Care Advisor by calling toll-free at  800-729-8505.

Allianz Life Insurance Company of North America
Home Office: Minneapolis, MN
LTCAmerica - Long Term Care Administrative Office
Post Office Box 1292
Minneapolis, MN 55440-1292
(800) 814-8841



## COMPOUND INFLATION PROTECTION RIDER

This rider is part of your Policy. It is effective on the date shown on the Benefit Schedule of the attached Policy, and continues in force until the Policy to which it is attached terminates. It is issued in consideration of your application and premium submitted by you for this rider. All definitions, provisions, limitations, and exceptions of the Policy apply to this rider unless changed by this rider.

## Compound Inflation Protection

On each Policy anniversary, we will increase each of the Daily Benefits shown in the Benefit Information Section of the Benefit Schedule. The increase will be 5% of the previous year's dollar amount.

On each Policy anniversary, we will also increase the remaining Total Maximum Amount Payable by 5%.

Benefits will continue to increase annually while the Policy is in force, including while you are receiving benefits under the Policy.

## Your 30 Day Right To Examine Your Rider

If you are not satisfied with your rider, you may return it to our agent or us within 30 days from the date you receive it. We will then refund any premium you have paid and the rider will be considered void from the start.

**Read this rider carefully. It is a part of a legal contract between you and us.**

Executed for the Company at its Home Office in Minneapolis, Minnesota.

Michael T. Westermeyer
Vice President and Secretary

Margery G. Hughes
President

N-3000-R3-CA                                                                                      Rev - 1/2000

Allianz Life Insurance Company of North America
5701 Golden Hills Drive
Minneapolis, MN 55416-1297
800/950-1962



## TEN-YEAR PREMIUM PAYMENT ENDORSEMENT

This endorsement is attached to and made part of your Policy as of the Policy Effective Date. It is issued in consideration of your application and premium submitted by you for this endorsement.

**Ten-Year Premium Option**

This endorsement provides that your Policy premiums may be paid over a ten-year period, after which no additional premiums will be due.

The following language is added to the RENEWABILITY provision of your Policy:

> To renew during the 10-Year Premium Period shown on the Benefit Schedule, you must pay the premium due on or before each Premium Due Date, or within the Grace Period. At the end of the 10th policy year, if each required premium has been paid, your Policy will automatically be renewed for the rest of your life with no further premium due.

Executed for the Company at its Home Office in Minneapolis, Minnesota.

**Signed for the
Company at Its
Home Office on the
Date of Issue**

Suzanne J. Pepin
Senior Vice President, Secretary,
and Chief Legal Officer

Mark Zesbaugh
President

N-E-219

Rev - 1/2000

**Allianz Life Insurance Company of North America**
Home Office  Minneapolis, MN
Long Term Care Administrative Office
Post Office Box 4243
Woodland Hills, CA 91365-4243
(888) 503-8106

**RECEIVED**

**SEP 19 2000**

**APPLICATION FOR
NURSING FACILITY ONLY OR
LONG TERM CARE INSURANCE**
(PLEASE PRINT)

> **THIS POLICY IS AN APPROVED LONG TERM CARE INSURANCE POLICY UNDER STATE INSURANCE REGULATIONS. HOWEVER, THE BENEFITS PAYABLE BY THIS POLICY WILL NOT QUALIFY FOR MEDI-CAL ASSET PROTECTION UNDER THE CALIFORNIA PARTNERSHIP FOR LONG TERM CARE. FOR INFORMATION ABOUT POLICIES AND CERTIFICATES QUALIFYING UNDER THE CALIFORNIA PARTNERSHIP FOR LONG TERM CARE, CALL THE HEALTH INSURANCE COUNSELING AND ADVOCACY PROGRAM AT THE TOLL-FREE NUMBER, 1-800-434-0222.**

☒ This contract for long term care insurance <u>is</u> intended to be a federally qualified long term care insurance contract and may qualify you for federal and state tax benefits.

☐ This contract for long term care insurance <u>is not</u> intended to be a federally qualified long term care insurance contract.

| Applicant (First-Name, Middle Initial, Last Name) | Sex | Birthplace (City, State) |
|---|---|---|
| Glenda L. Skibitzke | ☐ M ☒ F | LaFollette, TN |

| Social Security Number | Height | Weight | Birthdate | Age as of Nearest Birthday |
|---|---|---|---|---|
| 3214 | 5' 6½" | 130 | | 53 |

Residence Address (Street, City, State, Zip)
2325 Eastridge Ave. #622, Menlo Park, CA 94025

Billing Address – If different (Name, Street, City, State, Zip)

Phone
Day  (650) 854-3919
Eve  (650) 854-3919
Best time to reach ☐ Day ☒ Eve

### HEALTH QUESTIONS

**1  During the past 24 months, have you**

Yes No
- ☐ ☒ (a) needed assistance or supervision for everyday activities such as cooking, dressing, eating, housekeeping, bathing, toileting, transferring, shopping or walking?
- ☐ ☒ (b) been confined to a bed, or used a wheelchair, walker, braces or cane?
- ☐ ☒ (c) received kidney dialysis, used oxygen equipment or a catheter?
- ☐ ☒ (d) received home health care services such as homemaker services, physical or speech therapy, or other rehabilitative therapy?
- ☐ ☒ (e) experienced confusion, forgetfulness or memory loss, dizziness, fainting, weakness or fatigue, falling, unstable gait, or loss of bladder or bowel control?
- ☐ ☒ (f) been confined to a hospital, nursing facility, assisted living facility, or home for the aged?
- ☐ ☒ (g) received disability benefits?

**2  During the past 10 years, have you been medically diagnosed with or treated for**

Yes No
- ☐ ☒ (a) AIDS or positive HIV status
- ☐ ☒ (b) Alzheimer's Disease or dementia
- ☐ ☒ (c) Amyotrophic Lateral Sclerosis
- ☐ ☒ (d) Multiple Sclerosis

Yes No
- ☐ ☒ (e) Muscular Dystrophy
- ☐ ☒ (f) Myasthenia Gravis
- ☐ ☒ (g) Organic Brain Syndrome
- ☐ ☒ (h) Parkinson's Disease or Parkinsonism

**3  During the past 10 years, have you been medically advised or treated for**

Yes No
- ☐ ☒ (a) abnormal blood pressure
- ☐ ☒ (b) heart or circulatory disorder
- ☐ ☒ (c) diabetes
- ☐ ☒ (d) asthma, emphysema or other chronic respiratory disorder
- ☐ ☒ (e) cancer, internal or melanoma
- ☐ ☒ (f) skin cancer other than melanoma
- ☐ ☒ (g) stroke or TIA (transient ischemic attack)
- ☐ ☒ (h) amnesia

Yes No
- ☐ ☒ (i) paralysis
- ☐ ☒ (j) any form of neurological disorder
- ☐ ☒ (k) cirrhosis of the liver
- ☐ ☒ (l) alcohol or drug dependency or abuse
- ☐ ☒ (m) arthritis or osteoporosis
- ☐ ☒ (n) depression or other psychiatric disorder
- ☐ ☒ (o) seizures or other brain disorder
- ☐ ☒ (p) kidney, prostate, breast or other genito-urinary disorder

## HEALTH QUESTIONS (CONTINUED)

4    Have you consulted or been recommended to consult with any medical specialist(s) in the last 2 years? ☒ Yes ☐ No

5    During the past 12 months have you (be sure to complete each question and provide details as noted)

**Yes No**

☐ ☒ (a) smoked cigarettes?

☐ ☒ (b) been declined by another company for a policy providing nursing home or home health care coverage?

☒ ☐ (c) consulted a physician for a checkup?

☐ ☒ (d) If "Yes" to Question 6(c) above, any abnormal findings?

☐ ☒ (e) consulted a physician for any other reason not previously noted in this application?

☒ ☐ (f) taken prescription medication?

**If you answered "Yes" to any of Questions 1-5, provide full details below.**

| Ques No | List any Medication Prescribed | Name, Address and Telephone Number of Doctor |
|---|---|---|
| 4 | Septra | Susan Elgee, M.D. 321-4121 795 El Camino Real, Palo Alto, CA 94301 |
| 5 | Desiprimine | same as above |
| | | |
| | | |
| | | |

## INFORMATION ABOUT YOUR INSURANCE COVERAGE

1    Do you have a policy, certificate or application with this or any other company providing long term care insurance or did you have another long term care insurance policy or certificate in force during the last twelve (12) months (including a health care service contract or health maintenance organization contract)? ☐ Yes ☒ No
If "Yes," please provide the following information on each policy

| Company | Policy Number | Issue Date | Type | Daily Benefit | Paid-to-Date |
|---|---|---|---|---|---|
| | | | | | |

2    Are you covered by Medicaid (Title XIX)? ☐ Yes ☒ No

3    Do you intend to replace any of your medical or health insurance coverage with this policy? ☐ Yes ☒ No
If "Yes," please provide the following information and complete required replacement forms

| Company | Policy Number | Issue Date | Type | Daily Benefit | Paid-to-Date |
|---|---|---|---|---|---|
| | | | | | |

## ADDITIONAL INFORMATION

1  Is any person or institution authorized to act on your behalf due to any mental or physical disability that you now have or have had in the past?  ☐ Yes  ☒ No

2  With whom do you currently live?  ☒ Spouse  ☐ Family  ☐ Alone  ☐ Other _____

3  Type of residence?  ☒ House or Condominium  ☐ Apartment  ☐ Retirement Community
   ☐ Other _____

4  Are you actively at work?  ☒ Yes  ☐ No  If "Yes," hours per week  **25**

5  Occupation  **Language Consultant**  If retired, date of retirement _____

6  Are you eligible for an approved or pending Endorsed Group discount?  ☒ Yes  ☐ No
   If "Yes," Group Identification Code or Name  **Glenda L. Skibitzke Language Consulting**
   **00000000 201**

## COVERAGE APPLIED FOR

**I am applying for a (select only one):**
☒ Qualified Policy  ☐ Non-Qualified Policy

**I am applying for a (select only one):**
☐ Nursing Facility Only Policy
☒ Long Term Care Policy

**Elimination Period:**
☐ 0 Days  ☐ 30 Days  ☒ 90 Days

**Benefit Amount Multiplier:**
☒ Lifetime  ☐ 1,825  ☐ 1,095  ☐ 730

**Daily Benefit Applied For:**
Nursing Facility Confinement (NFC) Benefit
($50.00 - $250.00) $  **150.00**
Residential Care Facility/Residential Care Facility for the Elderly (RCF/RCFE) Confinement Benefit
☒ 100% of NFC Benefit
☐ 50% of NFC Benefit

If Long Term Care Policy is selected, Home Care (HC) Daily Benefit will be the same as RCF/RCFE Daily Benefit (minimum $50.00)
☐ With HC Waiver of Premium
☐ Without HC Waiver of Premium

**Optional Coverage:**
Inflation Protection Riders (select only one)
☒ Compound Inflation Protection
☐ Simple Inflation Protection
**3933.99**

**Optional Coverage (cont.):**
Nonforfeiture Benefit Riders (select only one)
☐ Full Nonforfeiture
☐ Shortened Benefit Period
Indemnity Riders (select only one)
☐ Indemnity Benefit
   (**Qualified** policy must be chosen )
☐ Caregiver Indemnity Benefit
   (**Qualified** Long Term Care Policy must be chosen
   - Preferred Plus rate class only  Not available with
   10-Year or Single Premium Payment Options )

**Primary Applicant Rate Class:**
☒ Preferred Plus  ☐ Preferred  ☐ Standard

**Second Applicant Rate Class**
**(Complete Supplemental Application):**
☒ Preferred Plus  ☐ Preferred  ☐ Standard

**Premium Payment Options (select only one):**
☒ 10-Year Premium
☐ Single Premium with Nonforfeiture
☐ Single Premium without Nonforfeiture

**Payment Mode (select only one):**
☐ Annual  ☐ Semi-Annual  ☐ Quarterly
☒ Monthly Bank Withdrawal  ☐ Single

| Annual (or Single) Premium | Modal Premium | Paid with Application |
|---|---|---|
| $ **3996.23** | $ **334.39/MO** | $ **334.39** |
| Beneficiary Name and Relationship  **N/A** | | |
| Special Request / Requested Effective Date | | |

**AGREEMENT** — The answers given are complete and true to the best of my knowledge and belief I understand that the Company will rely on my written answers to the questions in this application and that if my answers are not complete and true, my policy may not be valid I also understand that the agent cannot determine eligibility for or alter the terms of the proposed policy

**ACKNOWLEDGEMENT** — I acknowledge receipt of an Outline of Coverage (including HICAP listing), Buyer's Guide and Disclosure Statement, which includes the Medical Information Bureau Notice, and the Notice of Insurance Information Practices

**AUTHORIZATION** — I hereby authorize the Medical Information Bureau or any licensed physician, medical practitioner, hospital, clinic, medical facility or insurance company that has any records or knowledge of me or my health, relative to my insurability, to give to Allianz Life Insurance Company of North America or its reinsurers any such information I understand that such information will be used to determine my eligibility for insurance A photocopy of this authorization shall be as valid as the original This authorization will be valid for 26 months from the date signed and I understand that I or my authorized representative may receive a photocopy of it

**INFLATION PROTECTION RIDERS** — I have reviewed the Outline of Coverage and the graph that compares the benefits and premiums of this policy with and without the Inflation Protection Riders and I have chosen to ☐ **accept** ☐ **reject** coverage under the Inflation Protection Riders

**CAUTION: If your answers on this application are misstated or untrue, Allianz Life Insurance Company of North America may have the right to deny benefits or rescind your policy.**

Signed at _Sunnyvale, CA_     _Glenda L. Skibitzke_          _8/23/2000_
         City, State               Applicant's Signature               Date

## AGENT'S STATEMENT

| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1 (a) | Did you interview the applicant(s) in person and ask all the questions? |
| ☐ | ☐ | (b) | Did the applicant himself/herself answer all the questions pertaining to his/her health and did you witness the applicant personally signing his/her application? |
| ☐ | ☒ | 2 | To the best of your knowledge, is the insurance applied for intended to replace any medical or health insurance in force with this or any other company? |
| | | 3 | List any other health insurance policies that you have sold to the applicant(s) |

_None_

(a) Which of the policies listed above are still in force, if any?

_____

(b) Which of the policies listed above sold in the past five (5) years are no longer in force, if any?

_____

I certify that the applicant's(s') answers to the questions were fully and accurately recorded in the application, that the questions in the Agent's Statement have been answered accurately and that the Outline of Coverage, the Disclosure Statement and the Buyer's Guide have been given to the applicant(s) I have reviewed the current health insurance coverage of the applicant(s) and find that the coverage of the type and amount applied for is appropriate for the applicant's(s') needs Further, if this is a replacement, I have reviewed the applicant's(s') current health insurance coverage and find that this replacement is appropriate for the applicant's(s') needs

_John Tollefson_                              _____         _John Tollefson_        _8/23/2000_
Licensed Agent's Name (please print)        Code No        Licensed Agent's Signature        Date

_408 720 8111_                    _408 720 9255_
  Agent Phone                        Agent Fax

**ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA**
BOX 1292
MINNEAPOLIS, MN 55440-1292

**AMENDMENT TO APPLICATION**

RECEIVED
DEC 20 2000

POLICY # 50017899        ON· William and Glenda Skibitzke

Allianz Insurance Company of North America is hereby authorized to amend my
application for this policy. This amendment is to form a part of said application and a
copy attached to the policy so that this policy is issued with the understanding that

---

- Inflation Protection Rider is accepted.
- Issued without HC Waiver of Premium

Since the date of the original application of this policy, the proposed insured(s) and any
family members proposed for insurance in the application   (a) have not applied for
insurance which was declined, postponed, or modified; and (b) have no application for
insurance pending with another company, and (c) have not suffered an illness or an
injury, and (d) have not consulted or been examined by a physician or practitioner, and
(e) have not changed occupations EXCEPT AS FOLLOWS.

12/11/2000
DATE

*William Skibitzke   Glenda L. Skibitzke*
SIGNATURE OF PROPOSED INSURED
William Skibitzke/Glenda Skibitzke

(WITNESS (LICENSED AGENT)

SIGNATURE OF OWNER (IF OTHER
THAN PROPOSED INSURED)

**FILE COPY**
NB2005N

**POLICY COPY RETURN TO HOME OFFICE**

aamdt doc                            rev 5/26/98

## DEFINITIONS

**You, Your** means the person (or persons, for joint coverage) named as the insured(s) on the Benefit Schedule.

**We, Us, Our** means Allianz Life Insurance Company of North America.

**Benefit Schedule** is page 3 of this Policy that shows: insured information; Policy information; and benefit information.

**Family** includes you or your spouse; and the mother, father, sister, brother, and children of either you or your spouse.

**Medicare** means the Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments of 1965 as then constituted or later amended.

**Mental or Nervous Disorders** are: affective disorders; anxiety disorders; personality disorders; psychotic disorders; or other mental or emotional disease or disorders. This does not include Alzheimer's, Parkinson's, or other demonstrable organic diseases such as senile dementia.

**Policy** is this contract with Allianz Life Insurance Company of North America.

**Policy Effective Date** is the date coverage under this Policy is first in force. This date is shown on the Benefit Schedule.

## BENEFIT PROVISIONS

### Nursing Facility, Residential Care Facility and Residential Care Facility for the Elderly Confinement Benefits

During a Benefit Payment Period we will pay your actual daily expenses up to the Daily Benefit amount for Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly Confinement as shown on the Benefit Schedule. Benefits paid are subtracted from the Total Maximum Amount Payable.

Eligibility for Benefit Payment — You will be eligible for Benefit Payment for Qualified Long Term Care Services if:

- you are unable to perform, without Substantial Assistance, at least two Activities of Daily Living for a period of at least 90 days due to loss of Functional Capacity; or
- you have a severe Cognitive Impairment.

**Activities of Daily Living** are:

- Bathing, which shall mean washing oneself by sponge bath or in either a tub or shower, including the act of getting into or out of a tub or shower.
- Continence, which shall mean the ability to maintain control of bowel and bladder function; or when unable to maintain control of bowel or bladder function, the ability to perform associated personal hygiene (including caring for a catheter or colostomy bag).
- Dressing, which shall mean putting on and taking off all items of clothing and any necessary braces, fasteners, or artificial limbs.

- Eating, which shall mean feeding oneself by getting food in the body from a receptacle (such as a plate, cup, or table) or by a feeding tube or intravenously. ~ *making meals ?*
- Toileting, which shall mean getting to and from the toilet, getting on or off the toilet, and performing associated personal hygiene.
- Transferring, which shall mean the ability to move into or out of bed, a chair or wheelchair.

**Cognitive Impairment** is your deterioration or loss of intellectual capacity, which requires Substantial Supervision by another person to protect yourself or others from threats to health and safety. It is measured by clinical evidence and standardized tests that reliably measure your impairment in:

- short or long term memory;
- your orientation as to person (such as who you are), place (such as your location) and time (such as day, date and year);
- deductive or abstract reasoning.

A Cognitive Impairment includes Alzheimer's disease and similar forms of irreversible dementia.

**Functional Capacity** means requiring the Substantial Assistance of another person to perform the prescribed Activities of Daily Living.

**Hands-on Assistance** means the physical assistance of another person without which the individual would be unable to perform the Activities of Daily Living.

**Maintenance or Personal Care Services** is any care provided primarily to give needed assistance to you as a result of your being Chronically Ill (including protection of your health and safety due to a severe Cognitive Impairment).

**Qualified Long Term Care Services** are necessary diagnostic, preventative, therapeutic, curing, treating, mitigating, rehabilitative services, and Maintenance or Personal Care Services which are required by you when you are Chronically Ill, and are provided pursuant to a Plan of Care.

**Stand-by Assistance** means the presence of another person within arm's reach of the individual that is necessary to prevent, by physical intervention, injury to the individual while the individual is performing the Activities of Daily Living.

**Substantial Assistance** means Hands-on or Stand-by Assistance of another person without which you would be unable to perform the Activities of Daily Living.

**Substantial Supervision** means continual supervision by another person to protect you or others from threats to health or safety. Such supervision may include cueing by verbal prompting, gestures, or other similar demonstrations.

Conditions for Benefit Payment — We will pay benefits for Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly Confinement if:

- you are Chronically Ill; and
- you are confined in a Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly pursuant to a Plan of Care prescribed by a Licensed Health Care Practitioner; and
- the Plan of Care as outlined in the Policy is submitted to us for review.

**Chronically Ill** means that within the previous 12 months, you have been certified by a Licensed Health Care Practitioner as:

- being unable to perform, without Substantial Assistance, at least two Activities of Daily Living for a period of at least 90 days due to loss of Functional Capacity; or
- having a severe Cognitive Impairment.

**Hospital** is an institution or facility that is:

- licensed as a Hospital by the proper authority of the state in which it is located; or
- accredited as a Hospital by the Joint Commission on Accreditation of Hospitals (JCAH).

**Licensed Health Care Practitioner** means any:

- physician (as defined in section 1861(r)(1) of the Social Security Act); or
- Registered Nurse; or
- Licensed Social Worker; or
- other individuals whom the Secretary of the United States Department of the Treasury may prescribe by regulation.

The Licensed Health Care Practitioner must not be a member of your Family.

**Licensed Social Worker** is a duly licensed social worker acting within the scope of their license at the time the treatment or service is performed.

The Licensed Social Worker must not be a member of your Family.

**Nursing Facility** is a facility or institution, other than a Hospital, that:

- is licensed or certified by the state in which it is located; and
- is a separate facility or a distinct part of another health care facility; and
- provides an organized, 24-hour program of services commensurate with the needs of its residents; and
- provides continuous professional nursing care and related services on an inpatient basis; and
- provides as a minimum physician, skilled nursing, dietary and pharmaceutical services and an activity program; and
- maintains a daily record on each patient.

Nursing Facility does not include:

- facilities or parts thereof used or licensed as a Residential Care Facility or Residential Care Facility for the Elderly; or
- convalescent homes, rest homes, domiciliary and retirement care facilities, training centers, or unlicensed facilities; or
- government or veterans facilities or any other facility where the patient is not required to pay.

**Plan of Care** is a written plan prescribed by a Licensed Health Care Practitioner developed in consultation with you, based upon an assessment indicating you are Chronically Ill.

The Plan of Care will recommend the necessary services to be performed. In addition, it will specifically identify the frequency and type of care most suitable to meet your needs, as well as the most appropriate providers for such care.

**Registered Nurse (RN)** means a duly licensed registered graduate professional nurse acting within the scope of their license at the time the treatment or service is performed.

The RN must not be a member of your Family.

**Residential Care Facility** or **Residential Care Facility for the Elderly** is a facility engaged primarily in providing ongoing care and related services in one location, and is licensed in California as a Residential Care Facility or a Residential Care Facility for the Elderly.

Services may also be performed in a facility, other than a Hospital, applicable to the laws of another state, outside of California and which meet the following criteria:

- has at least one trained staff member on duty 24 hours per day; and
- provides continuous room and board; and
- provides residents who do not primarily require continuous skilled nursing care with basic, Maintenance or Personal Care Services which can be performed by persons without professional medical training; and
- does not provide 24-hour per day nursing care.

## Bed Reservation Benefit

During a Benefit Payment Period, we will pay you a Bed Reservation Benefit if you:

- are confined in a Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly; and
- become hospitalized; and
- are billed by the Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly to reserve your accommodations.

Payment will be the actual daily Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly Confinement charges you incur, up to the Nursing Facility Confinement Daily Benefit or Residential Care Facility or Residential Care Facility for the Elderly Confinement Daily Benefit, as appropriate. The Daily Benefits are shown on the Benefit Schedule. Benefits paid are subtracted from the Total Maximum Amount Payable.

Limitation: This benefit is payable for a maximum of 21 days per calendar year.

## Home Care Benefit

During a Benefit Payment Period we will pay your actual expenses incurred up to the Daily Benefit amount shown in the Benefit Schedule for each day you receive Home Care. Benefits paid are subtracted from the Total Maximum Amount Payable.

Eligibility for Benefit Payment — You will be eligible for Benefit Payment for Qualified Long Term Care Services if:

- you are unable to perform, without Substantial Assistance, at least two Activities of Daily Living for a period of at least 90 days due to loss of Functional Capacity; or
- you have a severe Cognitive Impairment.

Conditions for Benefit Payment — We will pay benefits if:
- you are Chronically Ill; and
- you are receiving Home Care pursuant to a Plan of Care prescribed by a Licensed Health Care Practitioner; and
- the Plan of Care as outlined in the Policy is submitted to us for review.

Eligible Providers

Services may be provided by, but are not limited to, an employee of a licensed Home Health Agency who is qualified through experience and/or training to perform such services, or any skilled or unskilled person who is duly licensed to perform such services where licensing is required.

**Adult Day Care** is a program of services provided through an Adult Day Care Center that includes:
- medical or nonmedical care on a less than 24-hour basis; and
- Maintenance or Personal Care Services; and
- supervision, protection or assistance in sustaining daily needs, including Bathing, Continence, Dressing, Eating, Toileting, Transferring and taking medications.

Adult Day Care can be provided during the day outside of your Home. The purpose of such a program is to support frail, impaired elderly or other disabled adults who can benefit from care in a group setting.

**Adult Day Care Center** is a facility licensed under state law, if any, to provide Adult Day Care. It provides Adult Day Care services to adults who do not require 24-hour institutional care, but are not capable of full-time, independent living.

**Home** is your residence, other than a Nursing Facility, a Hospital, a Residential Care Facility or a Residential Care Facility for the Elderly.

**Home Care** is Qualified Long Term Care Services provided to you through: Adult Day Care; Home Care Services; and Hospice Services.

**Home Care Services** is a program of services provided to you through a Home Health Agency, including:
- Home Health Care providing professional nursing services by or under the supervision of a RN or nurse; or
- therapeutic care services by or under the supervision of a speech, occupational, physical, or respiratory therapist licensed under state law, if any; or
- Homemaker Services; or
- Personal Care.

Home Care Services can be provided to you in a setting other than a Nursing Facility, Hospital, Residential Care Facility or Residential Care Facility for the Elderly.

**Home Health Agency** is a Hospital, agency, or other provider licensed under state law, if any, to provide Home Care.

**Home Health Aide** is a person licensed or certified to provide: medical; speech; occupational; physical; or respiratory therapeutic care services under the supervision of a Home Health Agency.

A Home Health Aide must be duly licensed or certified under state law, if any; and acting within the scope of his or her license or certification at the time the treatment or service is performed.

**Home Health Care** is Qualified Long Term Care Services providing skilled nursing or other professional services including but not limited to, part-time and intermittent skilled nursing services, Home Health Aide services, physical therapy, occupational therapy, or speech therapy and audiology services, and medical social services by a social worker.

**Homemaker Services** are Qualified Long Term Care Services including assistance with activities necessary to or consistent with your ability to remain in your Home.

**Hospice Services** are Qualified Long Term Care Services including outpatient services not paid by Medicare which are provided through a licensed hospice, and are designed to provide: palliative care; alleviate physical, emotional, social and spiritual discomforts you may experience during the last phases of life due to the existence of a terminal disease; and to provide supportive care to your primary caregiver and your Family.

**Instrumental Activities of Daily Living** are the following: using the telephone, managing medications, moving about outside, shopping for essentials, preparing meals, doing your laundry and light housekeeping.

**Personal Care** is Qualified Long Term Care Services including assistance with the Activities of Daily Living and Instrumental Activities of Daily Living.

## Respite Care Benefit

If you meet the requirements in the Eligibility for Benefit Payment provision, we will pay a Respite Care Benefit for:

- the actual daily charges you incur for each day of confinement in a Nursing Facility, up to the Nursing Facility Confinement Daily Benefit; or
- the actual expenses you incur for each day you receive Home Care, up to the Home Care Daily Benefit.

Benefits paid are subtracted from the Total Maximum Amount Payable. Days on which you receive a Respite Care Benefit will not count towards the Elimination Period.

Limitation: The Respite Care Benefit is payable for a maximum of 21 days per calendar year.

**Respite Care** means short term care provided in an institution, in the Home or in a community-based program which is designed to relieve the primary caregiver.

Alternative Payment of Benefits

If you are otherwise Eligible for Benefit Payment and if agreed upon by you, your Licensed Health Care Practitioner and us, we will consider payment of your claim for Qualified Long Term Care Services or equipment not specifically shown in the Policy, subject to the Total Maximum Amount Payable shown in the Benefit Schedule. We reserve the right to make the final decision on any request for Alternative Payment of Benefits. All benefits paid under the Alternative Payment of Benefits are subtracted from the Total Maximum Amount Payable.

## Payment of Benefits

While this Policy is in force, you will receive benefit payment if:

- you satisfy the Eligibility and Conditions for Benefit Payment provisions; and
- you receive care or services covered under this Policy; and
- you satisfy the claim requirements in the CLAIM PROCEDURES section; and
- you are in a Benefit Payment Period; and
- your claim is not subject to any limitation or exclusion contained in this Policy.

## Elimination Period

Your Elimination Period must be satisfied before we will pay you benefits, unless otherwise noted. Your Elimination Period is the number of days on which you:

- satisfy the requirements defined in the Eligibility and Conditions for Benefit Payment provisions; and
- are either confined in a Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly, or are receiving Home Care; and
- are not receiving benefits under this Policy.

Your Elimination Period is shown on the Benefit Schedule. Each day of covered services under this Policy, unless otherwise noted, counts towards your Elimination Period. Once you have satisfied the Elimination Period, no future Elimination Period is required. Days may be accumulated under separate claims in order to satisfy the Elimination Period. The Elimination Period applies to each insured individually in the case of joint coverage.

## Benefit Payment Period

A Benefit Payment Period will:

- begin on the date following your completion of the Elimination Period; and
- end on the date you either: (a) no longer meet the Payment of Benefits requirements in this Policy; or (b) exhaust the Total Maximum Amount Payable, whichever occurs first.

## Lowering Premiums by Reducing Benefits

Upon renewal of your Policy, after your coverage has been in force for one year, you have the option to reduce the premiums under your current coverage, subject to benefit availability, by selecting one of the following three options:

- Reducing the Total Maximum Amount Payable as shown in your Benefit Schedule; or
- Reducing the Daily Benefit for Nursing Facility Confinement or the Daily Benefit for Residential Care Facility, Residential Care Facility for the Elderly Confinement and Home Care as shown in your Benefit Schedule; or
- Converting this Long Term Care Policy to a Policy providing Nursing Facility Only.

The premium rate for your reduced coverage will be based upon your age on the date your Policy was originally issued and also the premium rate in effect on that date.

In the event your Policy is about to lapse due to nonpayment of premium, we will notify you of the three options described above, which will become available to you in order to reduce your coverage. This notice will be sent to you at least 30 days before your Policy is cancelled for non-payment of premium.

In the event the premium rates are increased for everyone with this Policy form in your state, you have the option to reduce your coverage under any of the three options described above.

## Increasing Your Benefits

After your coverage has been in force for one year, and on each Policy anniversary thereafter, you have the option to increase your current coverage, subject to benefit availability, by selecting one of the following two options:

- Increasing your Total Maximum Amount Payable as shown in your Benefit Schedule; or
- Increasing your Daily Benefit for Nursing Facility Confinement or the Daily Benefit for Residential Care Facility, Residential Care Facility for the Elderly Confinement and Home Care.

The option you select to increase your coverage may be based upon your attained age at the time benefits are increased. The amount of the increase in your coverage will be subject to evidence of your insurability. The option to increase benefits must be made by written request to us, within 30 days of the date of your Policy anniversary.

## Availability of New Benefits or Eligibility Criteria

In the event that we develop a new benefit or new eligibility criteria for benefits, that were not available under your existing Policy, we will provide you with notification of these enhancements. Such notice will be sent to you within 12 months of availability and will include an offer to obtain the available enhancement.

We will not provide any enhancements described above if you are: (a) presently receiving benefits under the Policy or attached riders; or (b) currently eligible to receive benefits, subject to meeting the Elimination Period shown in your Benefit Schedule.

## Total Maximum Amount Payable

Your Total Maximum Amount Payable is shown on the Benefit Schedule.

Your Total Maximum Amount Payable for Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly Confinement and Home Care is shown on the Benefit Schedule. All benefits paid under this Policy are subtracted from the Total Maximum Amount Payable at the Daily Benefit amounts shown on the Benefit Schedule.

## Restoration of Benefits

The Total Maximum Amount Payable may be restored, if for a period of 180 consecutive days:

- this Policy is in force; and
- you are not in a Benefit Payment Period; and
- you do not meet the Eligibility for Benefit Payment requirements in this Policy (i.e. you must have recovered).

The Total Maximum Amount Payable may be restored an unlimited number of times.

## Personal Care Advisor

A Personal Care Advisor is available to assist you with questions regarding such matters as:

- Eligibility for Benefit Payment; or
- appropriate level of care; or
- availability of facilities and other care and service resources in your area; or
- any other questions you may have about a claim for benefits.

You can contact your Personal Care Advisor by calling the toll-free number shown on the front of this Policy.

N-3000-P-CA(Q)

## LIMITATIONS OR CONDITIONS ON ELIGIBILITY FOR BENEFITS

### Limitations and Exclusions

No benefits will be paid for any confinement, care, treatment, or service(s):

- provided to you by a person in your Family;
- that results from attempted suicide or intentionally self-inflicted injury;
- that results from voluntary participation in a felony, attempted felony, or illegal occupation;
- provided outside the United States or Canada;
- that results from a sickness or injury for which benefits are provided under any state or federal worker's compensation law;
- for which you have no financial liability or that is provided at no charge in the absence of insurance;
- due to treatment provided in a government facility, unless otherwise required by law, or for which benefits are available under other governmental programs (except Medi-Cal or Medicaid);
- provided for the treatment of alcoholism or drug addiction, or in facilities operated primarily for such treatment;
- provided as a result of your being intoxicated or under the influence of a narcotic, except to the extent that the alcohol or narcotics are prescribed by a Physician; or
- provided in facilities operated primarily for the treatment of Mental or Nervous Disorders.

## CLAIM PROCEDURES

### Notice of Claim

You must give us written Notice of Claim within 30 days after you begin receiving care or services covered under this Policy, or as soon thereafter as reasonably possible. You may give notice or you may have someone do it for you. The notice must provide us with sufficient information to identify you. It should be mailed to us at our Long Term Care Administrative Office, or to one of our agents.

### Claim Forms

After you notify us of a claim, we will send you or your representative a claim form used for filing Proof of Loss. You or your representative must complete it and return it to us.

If we do not send you a claim form within 15 days of your notice to us, you may meet the Proof of Loss requirement by giving us a written statement within the time limit stated in the Proof of Loss section. The written statement must give us information sufficient to identify you and must outline the nature and extent of your loss.

### Proof of Loss

You will be considered to have provided Proof of Loss when we receive a completed claim form and any necessary statements or bills which include the date, nature, and charges for all covered care you have received. Proof of Loss must be sent to us within 90 days after the date of your loss. If it is not possible to give us timely Proof of Loss, we will not reduce or deny your claim if Proof of Loss is filed as soon as you reasonably can provide the information to us.

If we do not pay benefits upon receipt of written Proof of Loss, we will mail you within 30 working days, a letter which states our reasons for not paying the claim, either in whole or in part. The letter will also provide you with a written itemization of any documents or other information needed to process the claim or any portions not paid.

In no event, except in the absence of legal capacity, can Proof of Loss be submitted later than one year from 90 days after the date of your loss.

## Time of Payment of Claims

Benefits payable under this Policy will be paid as soon as we receive proper written Proof of Loss.

## Payment of Claims

We will pay all benefits to you or your assignee. Such payments will discharge us to the full extent of those payments. If unassigned benefits remain due upon your death, we will pay any amount remaining due as described in the Beneficiary section.

## Extension of Facility Confinement Benefits

Termination of this Policy will not terminate any benefits payable for Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly Confinement if your confinement begins while your Policy is in force and continues without interruption after the Policy terminates. Any benefits payable under this provision are subject to: the Total Maximum Amount Payable; any applicable Elimination Period; and all other provisions and limitations of this Policy.

## Coordination of Benefits with Medicare

Benefits are not payable under this Policy for expenses incurred to the extent that such expenses are reimbursable under Medicare or would be so reimbursable but for the application of a deductible or coinsurance amount.

## Beneficiary

The Beneficiary will be the person or persons, named in the application or subsequently changed by written request, to receive any unassigned benefit payments due upon your death (second-to-die in the case of joint coverage).

You may change the Beneficiary at any time by giving us written notice. A change will not be effective until recorded by us. Once recorded, the change will apply as of the date the request was signed. We will not be liable for any action taken or payment made before a Beneficiary change is recorded. The Beneficiary's consent is not required to change the Policy or Beneficiary, unless the designation of the Beneficiary is irrevocable.

If you designate more than one person as Beneficiary, the interests of all Beneficiaries will be equal unless your designation specifically provides otherwise. The share of any Beneficiary who does not survive you shall pass equally to the surviving Beneficiaries, unless your designation specifically provides otherwise. If no Beneficiary is designated or no Beneficiary survives you, then your estate will be the Beneficiary.

## Examinations

We may require that a Physician or other individuals practicing within the scope of their licenses examine you, while a claim is pending or while you are receiving benefits, as often as reasonably required. We will pay for these examinations and will choose the individual to perform them.

### Appealing a Claim

We will evaluate your claim based on the provisions of this Policy and the information given by you, your Physician, and other available sources. We will inform you in writing if we deny your claim or any part of your claim. If you do not agree with a claim decision, you or your representative may appeal the denial. The appeal must be in writing to us and include all information that pertains to the claim. No special form is needed. We will review your request and notify you or your representative of our decision within 30 days of receiving the request.

### Right of Recovery

If we make any errors in processing your claim, we have the right to recover any overpayment of benefits. We will recover by offset any amounts that have not been previously recovered at the time we make another benefit payment.

### Legal Action

Legal action to recover benefits under this Policy may not be started earlier than 60 days after required Proof of Loss has been filed with us. Further, no legal action may be started later than three years after required Proof of Loss was filed with us.

## POLICY ADMINISTRATION

### Entire Contract; Changes

This Policy and the attached application, plus any additional attachments, is the entire contract. No agent, employee, or person other than one of our officers has authority to change the Policy. Any change must be shown on your Policy and approved in writing.

### Incontestability

If your Policy has been in force for less than six (6) months, upon a showing of misrepresentation that is material to the acceptance of coverage, we may rescind your Policy or deny an otherwise valid claim on your Policy.

If your Policy has been in force for at least six (6) months, but less than (2) years, and if we can show the misrepresentation is both material to the acceptance of coverage and that it pertains to the condition for which benefits are sought, we may rescind your Policy or deny an otherwise valid claim on your Policy.

After this Policy has been in force for two (2) years it is not contestable upon the grounds of misrepresentation alone. After two (2) years, the Policy may be contested only upon a showing that you knowingly and intentionally misrepresented relevant facts relating to your health.

### Misstatement of Age

If your age is misstated on the application, we may, at any time, adjust your benefits and/or premiums to reflect your correct age. If no coverage would have been provided based on your correct age, our liability will be limited to a refund of any premium paid for this Policy, and the Policy is null and void as of the Policy Effective Date.

### Premium Due Dates

The first premium is due on the Policy Effective Date. After the first premium, premiums will be due in the amount and frequency shown on your premium statement.

N-3000-P-CA(Q)                                                                                    Page 14

## Waiver of Premium

After you (either insured for joint coverage) have been confined in a Nursing Facility, Residential Care Facility or Residential Care Facility for the Elderly for a period of 90 days, and you meet the requirements in the Eligibility for Benefit Payment provision, no premiums will be due following the 90th day. The 90 days need not be consecutive, but must be satisfied during a single claim period. Premiums already paid but no longer due will be refunded to you on a pro-rata basis.

Premiums will again be due after your confinement ends. Any subsequent confinement separated by a period of at least 180 consecutive days will be considered a new claim period, subject to a new 90 day waiting period as described above.

## Payment Responsibility

You are responsible for payment of all your premiums due while coverage is in force. Payment shall be sent to us at our Long Term Care Administrative Office, or any other office that we may designate.

## Unpaid Premium

Any premium due and unpaid may be deducted from any claim payment payable under this Policy.

## Grace Period

Except for the first premium, you will have 31 days after each due date to pay the premium due.

If your premium is not paid by the 30th day of the Grace Period, we will notify you and an individual designated by you to receive notice of lapse due to non-payment of premium. Such notice will be sent at least 30 days before cancellation of your coverage. Your Policy remains in force during the Grace Period.

If your premium is not paid by the 65th day after the due date, the Policy lapses.

## Policy Termination

This Policy will terminate and your coverage will end on the earliest of:

- the date we receive a written request from you (both insureds in the case of joint coverage) to cancel this Policy (or a later date specified by you in the cancellation request); or
- the date the Grace Period ends as described in the Grace Period provision; or
- the date of your death (second-to-die in the case of joint coverage).

## Reinstatement – Lapse Due to Cognitive Impairment or Functional Incapacity

If your coverage has lapsed due to your Cognitive Impairment or functional incapacity, your coverage may be reinstated without an application if:

- you or your representative requests reinstatement within six (6) months after your last premium was due; and
- we receive evidence satisfactory to us that you have a Cognitive Impairment or functional incapacity; and
- we receive all past due and unpaid premiums and any nonforfeiture benefits paid to you.

Your policy will then be reinstated as of the date of lapse and both you and we shall have the same rights that existed prior to the due date of the premium in default.

## Reinstatement – Lapse Due to Nonpayment of Premium

Without requiring an application, we may accept your past due and unpaid premiums and any nonforfeiture benefits paid to you, up to one year after lapse. Those payments will reinstate your Policy and put it back in force.

If we require an application for reinstatement, your coverage may be reinstated within one year after lapse if:

- you request reinstatement in writing; and
- we receive all past due and unpaid premiums (for which we will give you a conditional receipt) and any nonforfeiture benefits paid to you; and
- you complete the application for reinstatement; and
- you are insurable under our underwriting rules in effect at the time you apply for reinstatement.

Reinstatement by application will be effective:

- on the date we approve your application; or
- on the 45th day following the date of the conditional receipt, if we have not previously declined your application in writing.

Your reinstated Policy will cover only loss due to:

- sickness incurred more than 10 days after the date of reinstatement; and
- injury sustained after the date of reinstatement.

Upon reinstatement of your Policy both you and we shall have the same rights that existed prior to the last due date prior to lapse.

Premium rates for the reinstated Policy will be based on your original issue age.

## Joint Coverage Provision

This Policy provides equal coverage for two individuals if both apply and are issued coverage under this Policy. The name of each insured covered under the Policy is shown on the Benefit Schedule.

All benefits, Eligibility for Benefit Payment, Conditions for Benefit Payment, Payment of Benefits, Elimination Periods, Benefit Payment Periods, Total Maximum Amount Payable and Limitations and Exclusions described in this Policy or shown on the Benefit Schedule apply to each insured individually and separately, unless otherwise noted.

When more than one individual is covered under this Policy, if one of you dies, upon receipt of proof of death, coverage continues for the surviving insured at the premium rate that would have been charged for an individual Policy at the original issue age and risk class of the surviving insured. However, the premium will be based on the premium rate table in effect at the time of the death of the joint insured. Any unearned portion of the difference between the original joint premium and the new premium will be refunded on a pro-rata basis. The new premium for the continued coverage will be due on the Policy's next Premium Due Date.

If you divorce or legally separate and request termination of joint coverage, upon receipt of proof of divorce or legal separation, we will convert the joint Policy to separate individual policies with the same coverage, effective on the next Premium Due Date, terminating your joint coverage on that date. Your converted coverage will be at the same premium rate that would have been charged for an individual Policy at your original issue age and risk class. However, the premium will be based on the premium rate table in effect on the date the conversion is effective.

Each of you will have 30 days to examine your converted Policy. Otherwise, it may be returned to us or our agent within 30 days after it is received. We will then refund any premium paid for the converted coverage and the Policy will be considered void from the reissue date.

Other than divorce or legal separation, there is no right of conversion to an individual Policy. Coverage may be continued by timely payment of the joint premium rate, even if one of you no longer wants to be covered. In the event of the death of one of you, continued individual coverage will be offered as described above.

## Policy Ownership

You (both insureds in the case of joint coverage) are the owner of this Policy unless otherwise provided in the application or changed by written request. While you are living, the owner may exercise every right and receive every benefit provided by this Policy. If the owner is not you and the owner dies while you are living, unless otherwise provided, all rights of the owner shall be transferred to the owner's executors or administrators.

## Assignment

No assignment of interest under your Policy shall be binding upon us unless the original or a copy of the assignment is filed with us at our Long Term Care Administrative Office. We do not assume any responsibility for the validity of an assignment.

## Refund of Unearned Premium

Upon your death (second-to-die in the case of joint coverage), we will refund any unearned premium for this Policy to your Beneficiary on a pro-rata basis. We will make this refund within 30 days of receipt of proof of your death.

If you (both insureds in the case of joint coverage) request in writing to cancel this Policy, we will refund any unearned premium to you on a pro-rata basis. Cancellation will be effective upon: receipt of your request; or a later date specified by you. Cancellation will be without prejudice to any claim originating prior to the effective date of cancellation.

## Conformity with State Statutes

Any part of this Policy that, on the Policy Effective Date, conflicts with the laws of the state in which you reside on such date, is hereby amended to meet the minimum requirements of those laws.

# EXHIBIT 2

Allianz Life Insurance Company of North America
PO Box 64233
St Paul, MN 55164
866.359.3476

**Allianz ⑪**

18690 LAKE FOREST DRIVE
PENN VALLEY CA 95946

RE: GLENDA L SKIBITZKE
Coverage ID Number 50174983

Dear GLENDA SKIBITZKE:

Your claim for benefit eligibility has been reviewed and we are not able to approve the request. The determination was based upon the following information:

- Benefit Eligibility Assessment completed with you on March 19, 2025.
- Telephonic Assessment completed with you on April 16, 2025.
- Medical Records from April 8, 2024 through March 17, 2025.
- Chart from Ponderosa Physical Therapy.
- Daily Visit Notes from Ponderosa Physical Therapy dating back to January 3, 2025.
- Independent Provider timesheets from Allison Freeman. Independent Provider timesheets from Alicia Salvato.

In the Eligibility for Benefit Payment section of your policy, it states:

*"You will be eligible for Benefit Payment for Qualified Long Term Care Services if: you are unable to perform, without Substantial Assistance, at least two Activities of Daily Living for a period of at least 90 days due to loss of Functional Capacity; or you have a severe Cognitive Impairment. Conditions for Benefit Payment- We will pay benefits if: you are Chronically Ill; an, you are receiving Home Care pursuant to a Plan of Care prescribed by a Licensed Health Care Practitioner; and the Plan of Care as outlined in the Policy is submitted to us for review."*

*Chronically Ill means "that within the previous 12 months, you have been certified by a Licensed Health Care Practitioner as: being unable to perform, without Substantial Assistance, at least two Activities of Daily Living for a period of at least 90 days due to a loss of Functional Capacity; or having a severe Cognitive Impairment."*

*Cognitive Impairment "is your deterioration or loss of your intellectual capacity, which requires Substantial Supervision by another person to protect yourself or others from threats to health an, safety. It is measured by clinical evidence and standardized tests that reliably measure your impairment in: short or long term memory; your orientation as to person (such as who you are) place (such as your location), and time (such as day, date and year); deductive or abstracting reasoning. A Cognitive Impairment includes Alzheimer's disease and similar forms of irreversible dementia."*

*Functional Capacity means "requiring the Substantial Assistance of another person to perform the prescribed Activities of Daily Living." Substantial Assistance means "Hands-on or Stand-by Assistance of another person without which you would be unable to perform from Activities of Daily Living." Substantial Supervision means "continual supervision by another person to*

3P

_protect you or others from threats to health or safety. Such supervision may include cueing by verbal prompting, gestures, or other similar demonstrations."_

The Activities of Daily Living include: Bathing, Continence, Dressing, Eating, Toileting, and Transferring.

After reviewing the Benefit Eligibility Assessment completed with you on March 19, 2025, it reflects you require Substantial Assistance with Bathing, Toileting and Transferring. It shows you are independent with Dressing and Eating and that you do not have a qualifying severe Cognitive Impairment. The Telephonic Assessment completed with you on April 16, 2025 reflected you require Substantial Assistance with Bathing, Continence, Toileting and Transferring and are independent with Dressing and Eating. Medical records show a diagnosis of Spinal Stenosis and Autonomic Dysfunction as of April 8, 2024. Physical Therapy notes reflect a diagnosis of Sciatica and Muscle Weakness from start of care date of January 2025. Independent Provider timesheets from Allison Freeman and Alicia Salvato reflect they are providing Substantial Assistance with Bathing, Toileting and Transferring. After reviewing all of the information, it indicates you require Substantial Assistance with and are independent with all Activities of Daily Living (Continence, Dressing, Eating, Toileting and Transferring). You do not have a qualifying severe Cognitive Impairment; therefore you do not meet your policy requirements for Chronically Ill.

Since we have determined that you did not meet the requirements as defined in your policy, we are unable to approve your request for benefits. In addition, services incurred cannot be applied to the Elimination Period. Please refer to your policy for the definition of Elimination Period.

If you disagree with our decision you may request an appeal. The request must be in writing and received by us within 60 days of the receipt of this letter. You should submit additional information or material you may feel has a bearing on this claim. Please include any names, addresses and phone numbers of any care providers we should contact who would be able to provide information in support of your appeal. If you choose to appeal, it may be faxed (our preferred method) to 1-888-441-5824. Otherwise, you can mail your request to Allianz Life Insurance Company of North America, P.O. Box 64233, St. Paul, MN 55164. Failure to comply with these appeal requirements may lead to forfeiture of your right to challenge a denial or rejection, even when a request for clarification has been made.

If you believe all or part of the claim has been wrongfully denied or rejected, you may have this matter reviewed by the California Department of Insurance at:

California Department of Insurance
Claims Services Bureau
300 South Spring St., 14th Floor
Los Angeles, CA 90013

Phone Number from California: 1-800-927-4357
Phone Number if calling outside of California: 213-897-8921
https://www.insurance.ca.gov/01-consumers/101-help/

Please note that your policy or certificate may include a provision that contains a shorter time period within which legal action may be brought under the policy than would otherwise be allowed under California law.

If you have any questions regarding this decision or the appeal process, please call our Claims Representatives at 1-866-359-3476, 7:30 A.M. to 5:00 P.M. Central Standard Time, Monday through Friday. If you have any other questions regarding your policy or coverage please call Customer Service at 1-800-950-1962.

Sincerely,

*Samantha Passmore*

Samantha Passmore
Care Coordinator, Claims Department

illumifin - Administrator for Allianz Life Insurance Company of North America

Long Term Care Group, Inc., the administrator for your long term care insurance carrier, has merged with illumifin Corporation (DBA in California: illumifin Administration) and has rebranded to illumifin.